UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRAVELL L. BRADFORD,

      Plaintiff,

      v.

CLACKAMAS COUNTY, *et al.*,

      Defendants.

Civil No. 08-644-HU

ORDER

HAGGERTY, District Judge:

      Magistrate Judge Hubel has issued a Findings and Recommendation [74] in this action. The Magistrate Judge recommends denying plaintiff's Motion for Summary Judgment [10] and recommends denying defendants' Motion to Strike [44] as moot. No objections were filed, and the case was referred to this court.

1 - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate Judge.  *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record.  This court adopts the Findings and Recommendation in its entirety.

## **CONCLUSION**

The Findings and Recommendation [74] is adopted.  Plaintiff's Motion for Summary Judgment [10] is DENIED and defendants' Motion to Strike [44] is DENIED as moot

IT IS SO ORDERED.

Dated this 5th    day of October, 2009.

     /s/ Ancer L. Haggerty
     Ancer L. Haggerty
     United States District Judge