FILED'11 MAR 2 16:59USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRAVELL L. BRADFORD

               Plaintiff,                          CV-08-644

     v.                                    ORDER APPOINTING PRO BONO
                                            COUNSEL FOR LIMITED

CLACKAMAS COUNTY, et al               PURPOSE

                 Defendants.

The Court hereby appoints Meredith Weisshaar as the contact attorney for the law firm of

Perkins Coie, LLP, as counsel for plaintiff. The appointment shall be pursuant to the Court's Pro

Bono Representation Program, and is for the limited purpose of reviewing and investigating

plaintiff's claims.

The appointed attorney / law firm has 12 days to determine if it has a conflict of interest.

If it has a conflict of interest, then it must mark the appropriate box on the attached Response to

Order form and file it with the Court within 12 days after the filing date of this Order. This

appointment of counsel will then terminate, and the Court will appoint substitute counsel.

If the appointed attorney / law firm has no conflict of interest, then within 42 days after

the filing date of this Order, it shall review the court file, contact plaintiff, and, as appropriate,

obtain and review available discovery materials and interview key witnesses. Upon completing

this review and investigation, the appointed attorney/law firm shall mark the appropriate boxes

on the attached Response to Order form certifying completion of the review and investigation

1 - ORDER APPOINTING PRO BONO COUNSEL FOR LIMITED PURPOSE

and indicating whether it accepts or declines further representation of plaintiff.  The court expects

that representation will be accepted if plaintiff has a factual and legal basis to prevail on any

claim.  The appointed attorney / law firm shall either file the completed Response to Order form

with the Court within 42 days after the filing date of this Order, or file a Motion for Extension of

Time requesting and justifying the additional time needed to complete the review and

investigation.

If the appointed attorney / law firm declines further representation of plaintiff, then it

must provide plaintiff with a written explanation for declining representation.  This appointment

of counsel will terminate, and plaintiff will proceed *pro se* without appointed counsel.

The appointed attorney / law firm is entitled to be reimbursed by the Attorney Admission

Fund for costs incurred to investigate plaintiff's claim(s) up to $3,000.00.  Reimbursable costs

include copying costs, deposition costs or transcripts, travel expenses, telephone charges,

electronic legal research and other costs which are not otherwise recoverable from the opposing

party.  To obtain reimbursement, a Motion for Reimbursement of Out-Of-Pocket Expenses must

be electronically filed, together with copies of all receipts for expenditures.

DATED this 2nd day of March, 2011.

ANNA J. BROWN
United States District/Magistrate Judge